IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KATHLEEN P. SWINK, ) | |
| ) | |
| *pro se* Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:16cv102 (MHL) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on January 9, 2017 (ECF No. 27). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation (ECF No. 27) is ADOPTED as the opinion of this Court.

(2) Defendant's Motion to Dismiss (ECF No. 15) is GRANTED.

(3) Plaintiff's Motion for Summary Judgment (ECF No. 12) Defendant's Motion for Summary Judgment (ECF No. 16) are DENIED as MOOT.

(4) Plaintiff's Complaint (ECF No. 3) is DISMISSED WITHOUT PREJUDICE.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: 1-25-17